**Warren W. FRAZIER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 64243.

Missouri Court of Appeals, Western District.

June 28, 2005.

Susan Lynn Hogan, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty., Gen., Deborah Daniels and Alison K. Brown, Office of Attorney General, Jefferson City, for Respondent.

Before JOSEPH M. ELLIS, Presiding Judge, PAUL M. SPINDEN, Judge, and VICTOR C. HOWARD, Judge.

## ORDER

Warren Frazier appeals the circuit court's judgment denying his motion for post-conviction relief filed pursuant to Rule 29.15. We affirm. Rule 84.16(b).